IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCARLETT PAVLOVICH,<br>   *Plaintiff*,<br><br>v.<br><br>AMANDA PALMER,<br>   *Defendant*. | No. 1:25-cv-10263-NMG |

## NOTICE OF APPEARANCE

Undersigned counsel hereby appears on behalf of Defendant Amanda Palmer.

             Respectfully submitted,

             */s/ William Fick*
             WILLIAM W. FICK, ESQ. (BBO # 650562)
             FICK & MARX LLP
             24 Federal Street, 4th Floor
             Boston, MA 02110
             (857) 321-8360
             WFICK@FICKMARX.COM

## Certificate of Service

  I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 13, 2025.

             */s/ William Fick*