# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCARLETT PAVLOVICH,<br>    *Plaintiff*,<br><br>v.<br><br>AMANDA PALMER,<br>    *Defendant*. | No. 1:25-cv-10263-NMG |

## NOTICE OF APPEARANCE

Please note that undersigned counsel appears on behalf of Defendant Amanda Palmer.

Respectfully submitted,

*/s/ Daniel N. Marx*
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*dmarx@fickmarx.com*

## CERTIFICATE OF SERVICE

    I, Daniel N. Marx, certify that this document filed on March 13, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Daniel N. Marx*
Daniel N. Marx