IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCARLETT PAVLOVICH,
    *Plaintiff*,

v.

AMANDA PALMER,
    *Defendant*.

No. 1:25-cv-10263-NMG

### DEFENDANT AMANDA PALMER'S MOTION TO DISMISS PLAINTIFF SCARLETT PAVLOVICH'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Amanda Palmer moves to dismiss with prejudice the entire Complaint by Defendant Scarlett Pavlovich, which unfairly and improperly seeks to hold Ms. Palmer liable as a "sex trafficker," because her estranged husband, Neil Gaiman, who is not a party to this action, allegedly sexually assaulted Plaintiff in New Zealand in early 2022. Although Plaintiff concedes Ms. Palmer did *not* participate in and was *not* present during any of the alleged incidents, and was *not* even told about them until later, she seeks to hold Ms. Palmer personally responsible under federal law—specifically, the Trafficking Victims Protection Act, 18 U.S.C. 1581 *et seq*.—and Massachusetts law. Should this action proceed, Ms. Palmer will vigorously contest the factual allegations against her, many of which are demonstrably false. But at this stage, and for the purposes of this motion, even accepting all those allegations as true, the Complaint fails to state any plausible claim for relief, and accordingly, it should be dismissed.

Respectfully submitted,

**AMANDA PALMER**

By her attorneys,

*/s/ Daniel N. Marx*
Daniel N. Marx, Esq. (BBO#674523)
William W. Fick, Esq. (BBO#650562)
Amy Barsky, Esq. (BBO#601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Dated: April 21, 2025

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I, Daniel N. Marx, as counsel for Defendant Amanda Palmer, certify that I conferred with Mitchell J. Matorin, as counsel for Plaintiff Scarlett Pavlovich, and attempted in good faith to resolve or narrow the issues presented in this Motion.

*/s/ Daniel N. Marx*
Daniel N. Marx

### CERTIFICATE OF SERVICE

I, Daniel N. Marx, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 21, 2025.

*/s/ Daniel N. Marx*
Daniel N. Marx