IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCARLETT PAVLOVICH,<br>    *Plaintiff*,<br><br>v.<br><br>AMANDA PALMER,<br>    *Defendant*. | No. 1:25-cv-10263-NMG |

**DEFENDANT AMANDA PALMER'S MOTION TO DISMISS
COUNTS 1 THROUGH 4 OF PLAINTIFF SCARLETT PAVLOVICH'S COMPLAINT
BECAUSE THE TRAFFICKING VICTIMS PROTECTION ACT DOES NOT APPLY
EXTRATERRITORIALLY TO THE ALLEGED CONDUCT IN NEW ZEALAND**

Defendant Amanda Palmer respectfully moves to dismiss Counts 1 through 4 of the Complaint by Plaintiff Scarlett Pavlovich, which all assert related claims under the Trafficking Victims Protection Act, 18 U.S.C. § 1581 *et seq.* By its terms, the civil remedy provision of the federal trafficking law does not authorize a private plaintiff to use the U.S. courts to litigate any claim arising from an alleged sexual assault or employment dispute between foreign citizens that supposedly occurred in a foreign country. Nor has Congress given a clear indication that, by enacting the TVPA, it intended to throw open the doors of the federal courts to all such foreign concerns. Accordingly, because § 1594, the TVPA's civil remedy provision, does not apply extraterritorially to all alleged violations of § 1589, its forced labor prohibition, or § 1591, its sex trafficking prohibition, Counts 1 through 4 of the Complaint should be dismissed with prejudice.

1

Respectfully submitted,

**AMANDA PALMER**

By her attorneys,

*/s/ Daniel N. Marx*
Daniel N. Marx, Esq. (BBO#674523)
William W. Fick, Esq. (BBO#650562)
Amy Barsky, Esq. (BBO#601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Dated: April 21, 2025

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I, Daniel N. Marx, as counsel for Defendant Amanda Palmer, certify that I conferred with Mitchell J. Matorin, as counsel for Plaintiff Scarlett Pavlovich, and attempted in good faith to resolve or narrow the issues presented in this Motion.

*/s/ Daniel N. Marx*
Daniel N. Marx

## CERTIFICATE OF SERVICE

I, Daniel N. Marx, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 21, 2025.

*/s/ Daniel N. Marx*
Daniel N. Marx