IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCARLETT PAVLOVICH,
  *Plaintiff*,

  v.

AMANDA PALMER,
  *Defendant*.

No.  1:25-cv-10263-NMG

**DEFENDANT AMANDA PALMER'S MOTION TO DISMISS
PLAINTIFF SCARLETT PAVLOVICH'S COMPLAINT
ON THE BASIS OF *FORUM NON CONVENIENS***

Defendant Amanda Palmer moves to dismiss the Complaint by Plaintiff Scarlett Pavlovich, because this dispute belongs in New Zealand, where all the alleged conduct occurred and all the alleged injuries were supposedly suffered, not in a federal court in the United States.

Plaintiff, a citizen of New Zealand, claims that she was sexually assaulted in New Zealand by Ms. Palmer's estranged husband, Neil Gaiman, when Plaintiff briefly worked as a babysitter for Ms. Palmer and Gaiman in New Zealand. Plaintiff further claims that, after the alleged assaults, she told Ms. Palmer about them in New Zealand, sought psychiatric care in New Zealand, and filed a police report in New Zealand.

There is no connection whatsoever between this dispute and Massachusetts, other than the fact that Ms. Palmer now lives here. And because Plaintiff lives in Scotland, her strategic choice to file her lawsuit in this District deserves little, if any, deference.

New Zealand is an available forum, where Plaintiff can seek adequate remedies for her claims, and all the public and private factors that bear on the *forum non conveniens* analysis confirm that any claim by Plaintiff against Ms. Palmer should proceed in New Zealand, where the

material evidence is located and key witnesses can be called to testify.

Because New Zealand is a more appropriate and convenient forum for this dispute, the

Complaint should be dismissed on the basis of *forum non conveniens.*

Respectfully submitted,

**AMANDA PALMER**

By her attorneys,

*/s/ Daniel N. Marx*
Daniel N. Marx, Esq. (BBO#674523)
William W. Fick, Esq. (BBO#650562)
Amy Barsky, Esq. (BBO#601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM
WFICK@FICKMARX.COM
ABARSKY@FICKMARX.COM

Dated: April 21, 2025

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I, Daniel N. Marx, as counsel for Defendant Amanda Palmer, certify that I conferred with Mitchell J. Matorin, as counsel for Plaintiff Scarlett Pavlovich, and attempted in good faith to resolve or narrow the issues presented in this Motion.

*/s/ Daniel N. Marx*
Daniel N. Marx

### CERTIFICATE OF SERVICE

I, Daniel N. Marx, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 21, 2025.

*/s/ Daniel N. Marx*
Daniel N. Marx