IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCARLETT PAVLOVICH,<br>    *Plaintiff*,<br><br>    v.<br><br>AMANDA PALMER,<br>    *Defendant*. | No. 1:25-cv-10263-NMG |

### AFFIDAVIT OF AMANDA PALMER

I, Amanda Palmer, state as follows:

1.  I am the defendant in this action, a citizen of the United States, and current resident of Massachusetts.

3.  From March 2020 to June 2022, I lived in New Zealand, where I established permanent legal residence.

4.  In connection with the claims by Plaintiff Scarlett Pavlovich in this action, I would accept service of any valid legal or administrative process in New Zealand.

5.  If any dispute concerning the claims by Plaintiff Scarlett Pavlovich in this action were to proceed in New Zealand, I would appear as a witness and make available any relevant evidence in my possession.

Sworn under the pains and penalties of perjury on April 21, 2025, in Lexington, Massachusetts.



Amanda Palmer