UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCARLETT PAVLOVICH,
      Plaintiff,

-against-      C.A. NO. 1:25-CV-10263F

AMANDA PALMER,

      Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITIONS TO DEFENDANT'S THREE MOTIONS TO DISMISS**

Plaintiff Scarlett Pavlovich respectfully requests a 30-day extension of time, to and including June 4, 2025, to respond to Defendants' three separate motions to dismiss, filed on April 21, 2025. The deadline for Plaintiff to respond to these motions is presently May 5, 2025. *See* L.R. 7.1(b)(2). Plaintiff has not previously requested any extensions of time, and granting this Motion will not prejudice any party.

As grounds for this Motion, Plaintiff states as follows. On April 21, 2024, Defendant Amanda Palmer filed three motions to dismiss, each with a separate memorandum in support:

1) Motion to Dismiss Plaintiff Scarlett Pavlovich's Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (Dkt. 12), with a 20-page Memorandum in Support (Dkt. 13.)

2) Motion to Dismiss Counts 1 Through 4 of Plaintiff Scarlett Pavlovich's Complaint Because the Trafficking Victims Protection Act Does Not Apply Extraterritorially to the Alleged Conduct in New Zealand (Dkt. 14), with a 12-page Memorandum in Support (Dkt. 15.)

1

3) Motion to Dismiss Plaintiff Scarlett Pavlovicch's Complaint on the Basis of *Forum Non Conveniens* (Dkt. 16,) with a 13-page Memorandum in Support (Dkt. 17.)

Defendant's three memoranda in support of her three motions total 45 pages of argument. *Cf.* L.R. 7.1(b)(4) (20-page limit on memoranda absent leave of court). Moreover, Plaintiff's *pro hac vice* counsel are currently preparing for trial in another matter the week of May 19, 2025. Accordingly, Plaintiff requires additional time to respond to the motions.

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline to file her memoranda in opposition to Defendant's three motions to dismiss to and including June 4, 2025.

Dated: April 30, 2025

By: */s/Mitchell J. Matorin*

Mitchell J. Matorin (BBO# 649304)
MATORIN LAW OFFICE, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
Tel: (781) 453-0100
mmatorin@matorinlawoffice.com

Thomas Neville (*pro hac vice*)
Dylan Schmeyer (*pro hac vice*)
Akiva M. Cohen (*pro hac vice*)
KAMERMAN UNCYK SONIKER &
KLEIN P.C.
1700 Broadway
New York, New York 10019
Tel: (212) 400-4930
tneville@kusklaw.com
dschmeyer@kusklaw.com
acohen@kusklaw.com

>Michael Nimmo Wahlberg, Woodruff,
>Nimmo & Sloane, LLP
>4601 DTC BLVD, STE. 950
>Denver, CO, 80237
>Tel:(303)571-5302
>michael@denvertriallawyers.com

>*Attorneys for Plaintiff*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that I have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues presented, and that Defendant's counsel does not oppose the requested extension of time.

>*/s/ Mitchell J. Matorin*
>Mitchell J. Matorin (BBO# 649304)

## CERTIFICATE OF SERVICE

I certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 30, 2025.

>*/s/ Mitchell J. Matorin*
>Mitchell J. Matorin (BBO# 649304)