AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| SCARLETT PAVLOVICH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-CV-10263-NMG |
| AMANDA PALMER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SCARLETT PAVLOVICH                                                                                                                        .

Date:   05/22/2025

/s/Michael Nimmo
*Attorney's signature*

Michael Nimmo, #36947
*Printed name and bar number*

Denver Trial Lawyers
4601 DTC Blvd., Suite 950
Denver, CO 80237
*Address*

michael@denvertriallawyers.com
*E-mail address*

(303) 571-5302
*Telephone number*

(303) 571-1806
*FAX number*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2025, a true and correct copy of the foregoing **APPEARANCE OF COUNSEL** was filed through the CM/ECF portal, which will send electronic notification of this filing to all counsel of record in the present action.

                                            */s/Michael Nimmo*
                                            Michael Nimmo