IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCARLETT PAVLOVICH,<br>　　*Plaintiff*,<br><br>　　v.<br><br>AMANDA PALMER,<br>　　*Defendant*. | No.  1:25-cv-10263-NMG |

**DEFENDANT AMANDA PALMER'S NOTICE OF SUPPLEMENTAL AUTHORITY RE MOTION TO DISMISS ON THE BASIS OF *FORUM NON CONVENIENS* [D.E. 16]**

　　Defendant Amanda Palmer submits this notice of supplemental authority in support of her motion to dismiss Plaintiff Scarlett Pavlovich's Complaint on the basis of *forum non conveniens* [D.E. 16 (motion), 17 (memorandum)].

　　This case arises from allegations that Plaintiff, a citizen of New Zealand and resident of Scotland, was sexually assaulted in New Zealand by Ms. Palmer's estranged husband, Neil Gaiman, when Plaintiff briefly worked as a babysitter for Ms. Palmer and Gaiman in New Zealand.

　　As this Court is aware, Plaintiff brought parallel actions, based on the same allegations, against Ms. Palmer in this District and also Gaiman in the District of Wisconsin. *See Pavlovich v. Gaiman*, No. 25-cv-78-jdp (W.D. Wisc.). Like Ms. Palmer, Gaiman moved to dismiss on various grounds, including on the basis of *forum non conveniens*.

　　Today, in a well-reasoned, 17-page Opinion and Order, attached hereto as Exhibit A, the Wisconsin court allowed Gaiman's motion to dismiss, ruling "it is clear that New Zealand is the more appropriate forum for resolving this dispute." Ex. A at 2; *see also id.* at 5 ("[T]he court concludes that New Zealand is an available and adequate forum and that private and public interest factors show that New Zealand is a more appropriate forum for resolving this dispute.").

1

This Court should reach the same result. Indeed, the dismissal of the Wisconsin action further strengthens Ms. Palmer's motion to dismiss the Massachusetts action, because Plaintiff can no longer contend that it would be most efficient to proceed with her two separate but related cases in the United States.

The only just and sensible way to proceed is for all litigation to occur in New Zealand, *see id.* at 11 ("New Zealand is the one place where Pavlovich can seek relief against both defendants in the same venue."), where Ms. Palmer has previously agreed to accept service of any valid legal or administrative process, to appear as a witness, and to make available any relevant evidence in her possession. D.E. 17-1.

          Respectfully submitted,

          **AMANDA PALMER**

          By her attorneys,

          *Daniel N. Marx*
          Daniel N. Marx, Esq. (BBO#674523)
          William W. Fick, Esq. (BBO #650562)
          Amy Barsky, Esq. (BBO#601111)
          FICK & MARX LLP
          24 Federal Street, 4th Floor
          Boston, MA 02110
          (857) 321-8360
          DMARX@FICKMARX.COM
          WFICK@FICKMARX.COM
          ABARSKY@FICKMARX.COM

Dated: October 3, 2025

## CERTIFICATE OF SERVICE

I certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 3, 2025.

          */s/ Daniel N. Marx*
          Daniel N. Marx