UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **SCARLETT PAVLOVICH** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. |
| § | | 25-10263-NMG |
| § | | |
| **AMANDA PALMER** § | | |
| Defendant. § | | |

## NOTICE OF APPEAL

Scarlett Pavlovich, plaintiff the above-captioned action, hereby gives notice of appeal to the United States Court of Appeals for the First Circuit from the memorandum opinion and order of dismissal signed by this honorable Court on February 6, 2026 (ECF 32 and 33), said order of dismissal being final and finally disposing of all claims before this Court and therefore appealable.

Date: February 11, 2026                                  Respectfully submitted,

/s/ Lane Haygood
Lane A. Haygood
Appearing *pro hac vice*
KAMERMAN, UNCYK, SONIKER & KLEIN, PC
1700 Broadway, 16th Floor
New York, NY 10019
lhaygood@kusklaw.com
Counsel for Scarlett Pavlovich on appeal

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Notice of Appeal was served on all counsel of record, including lead counsel for Defendant Daniel N. Marx, via electronic filing through the District Court's CM/ECF system on February 11, 2026.

                                                      /s/ Lane Haygood
                                                      **Lane A. Haygood**