UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Pavlovich v. Palmer

District Court Number: 25cv10263-NMG

Fee: Paid? Yes _X_  No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_        Sealed documents    Yes ____ No _X_
If yes, document #                         If yes, document #

*Ex parte* documents  Yes ____ No _X_     Transcripts          Yes ____ No _X_
If yes, document #                         If yes, document #

Notice of Appeal filed by: Plaintiff/Petitioner _X_  Defendant/Respondent ____  Other: ____

Appeal from:

#32 Memorandum and Order, #33 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#32, #33, and #34

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __34__ filed on __February 11, 2026__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __February 12, 2026__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**